# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| GLORIA A. IRONS WILLIAMS, individually, and on behalf of all others similarly situated<br><br>　　Plaintiff,<br><br>v.<br><br>GO TO DRA LLC,<br><br>　　Defendant. | Case No. 1:20-cv-00616-CAB |

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

　　In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against GO TO DRA LLC for failure to plead or otherwise defend.

DATED: May 26, 2020　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　**GLORIA A. IRONS WILLIAMS**

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Joseph S. Davidson*

　　　　　　　　　　　　　　　　　　　　　　　　Mohammed O. Badwan
　　　　　　　　　　　　　　　　　　　　　　　　Joseph S. Davidson
　　　　　　　　　　　　　　　　　　　　　　　　**SULAIMAN LAW GROUP, LTD.**
　　　　　　　　　　　　　　　　　　　　　　　　2500 South Highland Avenue
　　　　　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　Lombard, Illinois 60148
　　　　　　　　　　　　　　　　　　　　　　　　+1 630-575-8181
　　　　　　　　　　　　　　　　　　　　　　　　mbadwan@sulaimanlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　jdavidson@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 26, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Ohio by using the CM/ECF system.

    I further certify that I caused a true and correct copy of the foregoing REQUEST FOR CLERK'S ENTRY OF DEFAULT to be served by United States Postal Service Certified Mail® on May 26, 2020 to:

GO TO DRA LLC
88005 Overseas Highway
10-152
Islamorada, Florida 33036

Logan Lewis
88005 Overseas Highway
10-152
Islamorada, Florida 33036

                                         */s/ Joseph S. Davidson*