# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# CLEVELAND DIVISION

| | |
|---|---|
| GLORIA A. IRONS WILLIAMS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GO TO DRA LLC,<br><br>    Defendant. | Case No. 1:20-cv-00616-CAB |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, GLORIA A. IRONS WILLIAMS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, GO TO DRA LLC, without prejudice, with all parties to bear their own attorney's fees and cost.


Dated: January 27, 2021

Respectfully submitted,

**GLORIA A. IRONS WILLIAMS**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com